IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

PRISCILLA FAYE HAYES,

        Plaintiff,

v.                              CIVIL ACTION NO.   3:15-00509

CAROLYN W. COLVIN,
Acting Commissioner of the
Social Security Administration,

        Defendant.

**MEMORANDUM OPINION AND ORDER**

    This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  The Magistrate Judge has submitted findings of fact and recommended the Court deny Plaintiff's Motion for Judgment on the Pleadings (ECF No. 11) and dismiss this action, with prejudice, from the docket of the Court.  Neither party has filed objections to the Magistrate Judge's findings and recommendations.

    Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **DENIES** Plaintiff's Motion for Judgment on the Pleadings (ECF No. 11) and **DISMISSES** this action, **with prejudice**, from the docket of the Court, consistent with the findings and recommendations.

    The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

                                    ENTER:        January 20, 2016

                                                            ROBERT C. CHAMBERS, CHIEF JUDGE